■ EMMA C. RUCK, Appellant-Respondent, v. JOSEPH BRASSER, Appellant, and JOHN H. DIERKS, Respondent.— Motion by appellant Ruck to vacate order dated February 19, 1962, insofar as it dismissed her appeal, and cross motion by appellant Brasser to vacate said order insofar as it dismissed his appeal, granted. Motion by respondent Dierks to dismiss said appeals denied, on condition that appellants perfect the appeals and be ready to argue or submit them at the May Term, beginning April 23, 1962; appeals ordered on the calendar for said term. The record and appellants' briefs must be served or filed on or before April 2, 1962. Beldock, P. J., Ughetta, Christ, Hill and Hopkins, JJ., concur.

■ S & L VENDING CORP., Respondent, v. HARRY SISKIND et al., Appellants, et al., Defendant.— Motion by defendants Siskind and Lesch to stay, pending appeal, the operation of the order appealed from and all further proceedings in this action by the plaintiff. Motion denied, with leave to renew, if so advised, in the event that plaintiff shall fail to proceed to trial on March 8, 1962, the date specified in the order appealed from. Kleinfeld, Acting P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.

■ ROSE BRUNO, Appellant, v. PETER BRUNO, Respondent.— Motion by appellant for counsel fees and disbursements to prosecute her appeal, denied without prejudice to an application at Special Term for such counsel fees and disbursements, if appellant be so advised. Beldock, P. J., Ughetta, Christ, Hill and Hopkins, JJ., concur.

■ In the Matter of RUTH C. BENNETT, as Administratrix of the Estate of CHARLES W. CARPENTER, Deceased, Respondent. WILLIAM MATTHEWS et al., Appellants.— On the call of the calendar, appeal dismissed. There was no appearance for appellants, and appellants have failed to perfect the appeal. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

■ In the Matter of the Accounting of GRACE F. REHFUS, as Executrix of THOROGOOD F. PARR, Deceased, Respondent. MILTON N. PARR et al., Appellants.— On the call of the calendar, upon motion by respondent, appeal dismissed. There was no appearance for appellants, and appellants failed to comply with an order of this court, dated September 15, 1961, requiring them to perfect their appeal for the November 1961 Term. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

■ DOROTHY RICHARDSON, Appellant, v. PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent, et al., Defendant.— On the call of the calendar, upon motion by respondent, appeal dismissed. There was no appearance for appellant, and appellant failed to comply with an order of this court, dated December 11, 1961, requiring her to perfect her appeal for the March 1962 Term. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.